IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GLENN NORMAN, JR,        No. CIV S-07-1443-FCD-CMK-P

    Petitioner,

  vs.                                  ORDER

JOHN DOVER, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 1), filed on July 19, 2007. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases. In this case, petitioner names John Dover, the "Director Department of Corrections" and the Attorney General of the State of California as respondents. Because petitioner has not named the appropriate state officer, the petition must be dismissed with leave to amend to name the correct respondent. See Stanley, 21 F.3d at 360. Petitioner is warned that failure to comply with this order may result in the dismissal of this

1

1  action.  See Local Rule 11-110.

2             Accordingly, IT IS HEREBY ORDERED that:

3       1.  Petitioner's petition for writ of habeas corpus is dismissed with leave to
4  amend;

5       2.  Petitioner shall file an amended petition on the form employed by this
6  court, and which names the proper respondent and states all claims and requests for relief, within
7  30 days of the date of this order; and

8       3.  The Clerk of the Court is directed to send petitioner the court's form
9  habeas corpus application.

10

11  DATED:  July 26, 2007.

12

13                                           _____
                                             **CRAIG M. KELLISON**
14                                           UNITED STATES MAGISTRATE JUDGE