IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GLENN NORMAN, JR, | No. CIV S-07-1443-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JOHN DOVER, et al., | |
| Respondents. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are:  (1) petitioner's document entitled "Petitioner's Request for New Order Leave to Proceed In Forma Pauperis" (Doc. 7); and (2) petitioner's document entitled "Petitioner's Request for New Court Order to Proceed Petition Pursuant to 28 U.S.C. 2254" (Doc. 8).

  The first request will be denied because petitioner has not demonstrated any reason why this court should issue a second order granting in forma pauperis status.  Petitioner's initial request for in forma pauperis status was granted on July 27, 2007.  As to petitioner's second request, the court construes the document as a request for an extension of time to file an amended petition.  So construed, the request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's document entitled "Petitioner's Request for New Order Leave to Proceed In Forma Pauperis" is denied;

2. Petitioner's document entitled "Petitioner's Request for New Court Order to Proceed Petition Pursuant to 28 U.S.C. 2254" is construed as a motion for an extension of time and, so construed, is granted;

3. Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order; and

4. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED: September 24, 2007.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE