1

2

3

4

5

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CHARLES GLENN NORMAN, JR,              No. CIV S-07-1443-FCD-CMK-P

12             Petitioner,

13       vs.                                 <u>ORDER</u>

14   JOHN DOVER, et al.,

15             Respondents.

16   _____/

17             Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to Eastern District of California local rules.

20             On January 17, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within 20 days.  No objections to the findings

23   and recommendations have been filed.

24             The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   / / /

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.    The findings and recommendations filed January 17, 2008, are adopted in

3    full;

4        2.    Respondents' motion to dismiss (Doc. 18) is granted; and

5        3.    The Clerk of the Court is directed to enter judgment and close this file.

6    DATED: February 27, 2008.

7

8        _____

9        FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

2